# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2894

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Nebraska. |
| Tony Duane Munson, also known as | * | |
| Anthony D. Munson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 20, 2004

Filed: February 25, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Tony Duane Munson appeals the district court's[1] ruling on the government's Federal Rule of Criminal Procedure 35(b) motion to depart for substantial assistance. Munson's counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the district court should have departed further. We have no jurisdiction,

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

however, to review the extent of the district court's departure.  <u>See</u> <u>United States v.</u> <u>Coppedge</u>, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam).

We thus dismiss this appeal, <u>see</u> <u>id.</u>, and we grant defense counsel's motion to withdraw.

_____